# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JOHAN ALEXANDER RAUDALES-ZAPATA, | ) ) ) | |
| Petitioner, | ) ) ) | No. 2:25-cv-03128-TLP-atc |
| v. | ) ) | |
| SCOTT LADWIG, | ) ) | |
| Respondent. | ) | |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Johan Alexander Raudales-Zapata, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig by certified mail[2] and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of

---

[1] To the extent Petitioner seeks relief based on the conditions of confinement at the detention facility (*see* ECF No. 1 at PageID 7), his claim is not appropriately presented in this habeas petition.  *See Velasco v. Lamanna*, 16 F. App'x 311, 314 (6th Cir. 2001).

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See* ICE Field Offices, U.S. Immigrations and Customs Enforcement, https://www.ice.gov/contact/field-offices (last accessed Dec. 1, 2025).

Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

The Petition lacks factual details about Petitioner's circumstances and how or why Petitioner was apprehended. Still, given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within three (3) days why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to reply within three (3) days of service (not including the upcoming federal holidays) of the return. If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 18th day of December, 2025.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2